UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE:                                                          )
FORFEITURE OF COLLATERAL                                        )
UNITED STATES DEPARTMENT OF AGRICULTURE                         )
FOREST SERVICE                                                  )
_____)

## MOTION TO SUPERSEDE PREVIOUS STANDING ORDERS

The United States of America hereby requests that the Court supersede its previous

standing order of March 7, 2023, to incorporate the United States Department of Agriculture

Forest Service forfeiture of collateral fine schedule for violations of Title 36, Code of Federal

Regulations, Section 261 (herein attached as Exhibit A).

No memorandum of law is necessary.

WHEREFORE, the United States requests that the motion be granted.

Respectfully submitted,

JOHN J. MCCORMACK
Acting United States Attorney

Dated: June 6, 2025

By:/s/ Charles L. Rombeau
Charles L. Rombeau
Assistant United States Attorney
New York Bar No. 4326500
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 230-2568
charles.rombeau@usdoj.gov

Granted          Denied

_____
Landya B. McCafferty
Chief United States District Judge
Dated: 6-23-25

# EXHIBIT A

1

# United States Forest Service - Law Enforcement & Investigations
# Eastern Region - District of New Hampshire - Forfeiture Schedule

## Part 261 - PROHIBITIONS AND COLLATERAL SCHEDULES FOR VIOLATIONS OF TITLE 36 CFR, PART 261

### INTERFERING WITH A FOREST OFFICER, VOLUNTEER, OR HUMAN RESOURCE PROGRAM ENROLLEE OR GIVING FALSE REPORT TO A FOREST OFFICER.

*The following are prohibited:*

| | | |
|---|---|---|
| 261.3(a) | Threatening, resisting, intimidating, or interfering with any Forest Officer engaged in or on account of the performance of his/her official duties in the protection, improvement, or administration of the National Forest System. | MA |
| 261.3(b) | Giving any false, fictitious or fraudulent report or other information to any Forest Officer engaged in or on account of the performance of his official duties knowing that such report or other information contains false, fictitious or fraudulent statement or entry. | $200 |
| 261.3(c) | Threatening, intimidating, or intentionally interfering with any Forest officer, volunteer, or human resource program enrollee while engaged in, or on account of, the performance of duties for the protection, improvement, or administration of the National Forest System or other duties assigned by the Forest Service. | MA |

### DISORDERLY CONDUCT

*The following are prohibited when committed intentionally to cause, or recklessly to create a substantial risk of causing, public alarm, nuisance, jeopardy, or violence:*

| | | |
|---|---|---|
| 261.4(a) | Engaging in fighting or any threatening or other violent behavior. | $250 |
| 261.4(b) | Making an utterance or performing an act that is obscene or threatening or that is made or performed in a manner that is likely to inflict injury or incite an immediate breach of peace. | $150 |
| 261.4(c) | Making noise that is unreasonable considering the nature and purpose of the conduct, location, and time | $150 |

### Fire

*The Following are Prohibited:*

| | | |
|---|---|---|
| 261.5(a) | Carelessly or negligently throwing or placing any ignited substance or other substance that may cause a fire. | $250 |
| 261.5(b) | Firing any tracer bullet or incendiary ammunition. | $200 |
| 261.5(c) | Causing timber, trees, slash, brush or grass to burn except as authorized by permit. | $250 |
| 261.5(d) | Leaving a fire without completely extinguishing it. | $150 |
| 261.5(e) | Causing and failing to maintain control of a fire that is not a prescribed fire that damages the National Forest System. | $150 |
| 261.5(f) | Building, attending, maintaining or using a campfire without removing all flammable material from around the campfire adequate to prevent its escape. | $150 |
| 261.5(g) | Negligently failing to maintain control of a prescribed fire on Non-National Forest System lands that damages the National Forest System. | $150 |
| 261.5(h) | Possessing or using an exploding target or any kind of firework or other pyrotechnic device. | $150 |
| 261.5(i) | Violating any State law concerning burning or fires or any State law that is for the purpose of preventing or restricting the spread of fire. | $200 |
| 261.5(j) | Operating or using any internal or external combustion engine without a spark arresting device that is properly installed, maintained, and in effective working order in accordance with USDA Forest Service Standard 5100-1 | $100 |

### TIMBER AND OTHER FOREST PRODUCTS

*The Following are Prohibited:*

| | | |
|---|---|---|
| 261.6(a) | Cutting or otherwise damaging any timber, tree or other forest product, except as authorized by permit, timber sale contract, Federal law or regulation. | $200 |
| 261.6(b) | Cutting any standing tree, under permit or timber sale contract, before a forest officer has marked it or has otherwise designated it for cutting. | $200 |
| 261.6(c) | Removing any timber or other forest product cut under permit or timber sale contract, except to a place designated for scaling, or removing it from that place before it is scaled, measured, counted or otherwise accounted for by a forest officer. | $200 |
| 261.6(d) | Stamping, marking with paint, or otherwise identifying any tree or other forest product in a manner similar to that employed by forest officers to mark or designate a tree or any other forest product for cutting or removal. | $500 |
| 261.6(e) | Loading, removing or hauling any timber or other forest product acquired under any permit or timber sale contract unless such product is identified as required in such a permit or contract. | $200 |

2

# United States Forest Service - Law Enforcement & Investigations
# Eastern Region - District of New Hampshire - Forfeiture Schedule

| 261.6(f) | Selling or exchanging timber or other forest product obtained under free use pursuant to 223.5 through 223.11. | $100 |
|---|---|---|
| 261.6(g) | Violating any timber export or substitution restriction in 223.11 through 223.164. | $100 |
| 261.6(h) | Removing any timber, tree or other forest product, except as authorized by a special use authorization, timber sale contract, or Federal law or regulation. | $250 |
| 261.6(i) | Violating the Forest Resources Conservation and Shortage Relief Act of 1990 (16 U.S.C. 620, et seq.), or its implementing regulations at 36 CFR 223.185-223.203 | $250 |

| LIVESTOCK | | |
|---|---|---|
| *The Following are Prohibited:* | | |
| 261.7(a) | Placing or allowing unauthorized livestock to enter or be in the National Forest System or other lands under Forest Service control. | $50 |
| 261.7(b) | Not removing unauthorized livestock from National Forest System or other lands under Forest Service control when requested by forest officer. | $100 |
| 261.7(c) | Failing to reclose any gate or other entry. | $50 |
| 261.7(d) | Molesting, injuring, removing or releasing any livestock impounded under 262.10 while in the custody of the Forest Service or its authorized agents. | $150 |

| FISH AND WILDLIFE | | |
|---|---|---|
| *The Following are Prohibited to the Extent Federal or State Law is Violated:* | | |
| 261.8(a) | Hunting, trapping, fishing, catching, molesting, killing or having in possession any kind of wild animal, bird, or fish, or taking the eggs of any such bird. | $150 |
| 261.8(b) | Possessing a firearm or other implement designed to discharge a missile capable of destroying animal life. | $150 |
| 261.8(c) | Possessing equipment which could be used for hunting, fishing or trapping. | $150 |
| 261.8(d) | Possessing a dog not on a leash or otherwise confined. | $50 |
| 261.8(e) | Curtail the free movement of any animal or plant life into or out of a cave except as authorized to protect a cave resource. | $100 |

| PROPERTY | | |
|---|---|---|
| *The Following are Prohibited:* | | |
| 261.9(a) | Damaging any natural feature or other property of the United States. | $250 |
| 261.9(b) | Removing any natural feature or other property of the United States. | $300 |
| 261.9(c) | Damaging any plant that is classified as a threatened, endangered, sensitive, rare or unique species. | $300 |
| 261.9(d) | Removing any plant that is classified as a threatened, endangered, sensitive, rare or unique species. | $300 |
| 261.9(e) | Entering any building, structure or enclosed area owned or controlled by the United States when such building, structure or enclosed area is not open to the public. | $200 |
| 261.9(f) | Using any pesticide except for personal use as an insect repellant or as provided by special-use authorization for other minor uses. | $150 |
| 261.9(g) | Digging in, excavating, disturbing, injuring, destroying or in any way damaging any prehistoric, historic or archaeological resource, structure, site, artifact or property. | $500 |
| 261.9(h) | Removing any prehistoric, historic or archaeological resource, structure, site, artifact or property. | $500 |
| 261.9(i) | Excavating, damaging or removing any cave resource from a cave without a special-use authorization, or removing any cave resource for commercial purposes. | $500 |
| 261.9(j) | Damaging or removing without authorization any personal property that belongs to another person. | $300 |

| OCCUPANCY AND USE | | |
|---|---|---|
| *The Following are Prohibited:* | | |
| 261.10(a) | Constructing, placing, or maintaining any kind of road, trail, structure, fence, enclosure, communications equipment, sign, significant surface disturbance, or other improvement on National Forest System lands or facilities without a special use authorization, contract, approved plan of operations, or other written authorization when that written authorization is required. | $250 |
| 261.10(b) | Construction, reconstructing, improving, maintaining, occupying or using a residence on National Forest System lands unless authorized by a special-use authorization or approved operating plan when such authorization is required. | $250 |
| 261.10(c) | Selling or offering for sale any merchandise or conducting any kind of work activity or service unless authorized by Federal law, regulation or special-use authorization. | $250 |
| 261.10(d) | Discharging a firearm or any other implement capable of taking human life, causing injury or damaging property as follows:<br>(1) In or within 150 yards of a residence, building, campsite, developed recreation site or occupied area, or | $350 |

# United States Forest Service - Law Enforcement & Investigations
# Eastern Region - District of New Hampshire - Forfeiture Schedule

| | | |
|---|---|---|
| | (2) across or on a National Forest System road or a body of water adjacent thereto, or in any manner or place whereby any person or property is exposed to injury or damage as a result of such discharge, or<br>(3) into or within any cave. | |
| 261.10(e) | Leaving personal property unattended for longer than 72 hours, except in locations where longer periods have been designated. | $150 |
| 261.10(f) | Placing a vehicle or other object in such a manner that it is an impediment or hazard to the safety or convenience of any person. | $150 |
| 261.10(g) | Commercial distribution of printed material without a special-use authorization. | $150 |
| 261.10(h) | When commercially distributing printed material, delaying, halting, or preventing administrative use of an area by the Forest Service or other scheduled or existing uses or activities on National Forest System lands; misrepresenting the purposes or affiliations of those selling or distributing material; or misrepresenting the availability of the material without cost. | $150 |
| 261.10(i) | Operating or using in or near a campsite, developed recreation site, or over an adjacent body of water without a permit, any device which produces noise, such as a radio, television, musical instrument, motor or engine in such a manner and at such a time so as to unreasonably disturb any person. | $100 |
| 261.10(j) | Operating or using a public address system, whether fixed, portable or vehicle mounted, in or near a campsite, developed recreation site, or over an adjacent body of water without a special-use authorization. | $150 |
| 261.10(k) | Use or occupancy of National Forest System land or facilities without special-use authorization when such authorization is required. | $200 |
| 261.10(l) | Violating any term or condition of a special-use authorization, contract or approved operating plan | $250 |
| 261.10(m) | Failing to stop a vehicle when directed to do so by a Forest Officer. | $300 |
| 261.10(n) | Failing to pay any special use fee or other charges as required. | $250 |
| 261.10(o) | Use or occupancy of National Forest System lands or facilities without a special use authorization, contract, approved plan of operations, or other written authorization when that written authorization is required.<br>   Gold panning without permit | $200<br><br><br>$100 |
| 261.10(p) | Knowingly or intentionally possessing any controlled substance in violation of Federal law.<br>   Possession of Marijuana or any item or product containing THC.<br>   Any other controlled substance. | <br>$100<br>$500 |
| 261.10(q) | Knowingly or intentionally possessing any drug paraphernalia in violation of State law. | $100 |
| 261.10(r) | Possessing any alcoholic beverage in violation of State law. | $200 |
| 261.10(s) | Providing any alcoholic beverage to a minor in violation of State law. | $300 |

| SANITATION | | |
|---|---|---|
| *The Following are Prohibited:* | | |
| 261.11(a) | Depositing in any toilet, toilet vault or plumbing fixture any substance which could damage or interfere with the operation or maintenance of the fixture. | $200 |
| 261.11(b) | Possessing or leaving refuse, debris or litter in an exposed or unsanitary condition. | $200 |
| 261.11(c) | Placing in or near a stream, lake or other water any substance which does or may pollute a stream, lake or other waterway. | $250 |
| 261.11(d) | Failing to dispose of all garbage, including any paper, can, bottle, sewage, waste water or material, or rubbish either by removal from the site or area, or by depositing it into receptacles or at places provided for such purposes. | $200 |
| 261.11(e) | Dumping of any refuse, debris, trash or litter brought as such from private property or from other land occupied under permit, except, where a container, dump, or similar facility has been provided and is identified as such, to receive trash generated from private lands or occupied under permit. | $250 |

| NATIONAL FOREST SYSTEM ROADS AND TRAILS | | |
|---|---|---|
| *The Following are Prohibited:* | | |
| 261.12(a) | Violating the load, weight, height, length or width limitations prescribed by State law, except by special-use authorization or written agreement or by order issued under 261.54 of this Chapter. | $100 |
| 261.12(b) | Failing to have a vehicle weighed at a Forest Service weighing station, if required by a sign. | $100 |
| 261.12(c) | Damaging and leaving in a damaged condition any such road, trail, or segment thereof. | $250 |
| 261.12(d) | Blocking, restricting or otherwise interfering with the use of a road, trail or gate. | $150 |
| 261.12(e) | Operating a motor vehicle without a valid license as required by State law. | Appendix A |
| 261.12(f) | Operating a motor vehicle while under the influence of an alcoholic beverage or a controlled substance in violation of State law. | MA |
| 261.12(g) | Operating a motor vehicle in violation of any State law other than those described in paragraph (e) or (f) of this section. | Appendix B |

4

| 261.12(h) | Operating a vehicle or motor vehicle carelessly, recklessly, or in a manner or at a speed that would endanger or be likely to endanger any person or property. | $400 |
|---|---|---|
| 261.13(i) | Operating a motor vehicle in violation of a posted sign or traffic control device. | $100 |

| MOTOR VEHICLE USE | | |
|---|---|---|
| 261.13 | After National Forest System roads, National System trails, and area on National Forest System lands have been designated pursuant to 36 CFR 212.51 on an administrative unit or a Ranger District of the National Forest System, and these designations have been identified on a motor vehicle use map, it is prohibited to possess or operate a motor vehicle on National Forest System lands in that administrative unit or Ranger District other than in accordance with those designations, provided that the following vehicles and uses are exempted from this prohibition:<br>a. Aircraft<br>b. Watercraft<br>c. Over-snow vehicles<br>d. Limited administrative use by Forest Service<br>e. Use of any fire, military, emergency, or law enforcement vehicle for emergency purposes<br>f. Authorized use of any combat or combat support vehicle for national defense purposes<br>g. Law Enforcement response to violations of law, including pursuit<br>h. Motor vehicle use that is specifically authorized under a written authorization issued under Federal law or regulations; and<br>i. Use of a road or trail that is authorized by a legally documented right-of-way held by State, county, or other local public road authority. | $200 |

| USE BY OVER-SNOW VEHICLES | | |
|---|---|---|
| 261.14 | It is prohibited to possess or operate an over-snow vehicle on National Forest System lands in violation of a restriction or prohibition established pursuant to 36 CFR 212, subpart C, provided that the following uses are exempt from this section:<br>a. Limited administrative use by Forest Service;<br>b. Use of any fire, military, emergency, or law enforcement vehicle for emergency purposes;<br>c. Authorized use of any combat or combat support vehicle for national defense purposes;<br>d. Law enforcement response to violations of law, including pursuit;<br>e. Use by over-snow vehicle that is specifically authorized under a written authorization issued under Federal law or regulations; and;<br>f. Use of a road or trail that is authorized by a legally documented right-of-way held by a State, county, or other local public road authority. | $200 |

| USE OF VEHICLES OFF ROADS | | |
|---|---|---|
| *It is prohibited to operate any vehicle off National Forest System, State or County roads:* | | |
| 261.15(a) | Operating any vehicles off National Forest System, State or County roads without a valid license as required by State law. | $150 |
| 261.15(b) | Operating any vehicles off Forest System, State or County roads without an operable braking system. | $150 |
| 261.15(c) | Operating any vehicles off Forest System, State or County roads from one-half hour after sunset to one-half hour before sunrise unless equipped with working head and taillights. | $100 |
| 261.15(d) | Operating any vehicles off Forest System, State or County roads in violation of any applicable noise emission standard established by any Federal or State agency. | $100 |
| 261.15(e) | While under the influence of an alcoholic beverage or a controlled substance in violation of State law. | MA |
| 261.15(f) | Operating any vehicles off Forest System, State or County roads creating excessive or unusual smoke. | $100 |
| 261.15(g) | Carelessly, recklessly, or in a manner or at a speed that endangers or is likely to endanger any person or property. | $350 |
| 261.15(h) | Operating any vehicles off Forest System, State or County roads in a manner which damages or unreasonably disturbs the land, wildlife or vegetative resources. | $250 |
| 261.15(i) | Operating any vehicles off Forest System, State or County roads in violation of State law established for vehicles used off roads. | $200 |

| DEVELOPED RECREATION SITES | | |
|---|---|---|
| *The following are prohibited:* | | |
| 261.16(a) | Occupying any portion of the site for other than recreation purposes. | $50 |
| 261.16(b) | Building, attending, maintaining or using a fire outside of a fire ring provided by the Forest Service for such purpose or outside of a stove, grill or fireplace. | $150 |
| 261.16(c) | Cleaning or washing any personal property, fish, animal or food, or bathing or washing at a hydrant or water faucet not provided for that purpose. | $50 |
| 261.16(d) | Discharging or igniting a firecracker, rocket or other firework or explosive. | $150 |
| 261.16(e) | Occupying between 10 p.m. and 6 a.m. a place designated for day use only. | $50 |

5

# United States Forest Service - Law Enforcement & Investigations
# Eastern Region - District of New Hampshire - Forfeiture Schedule

| | | |
|---|---|---|
| 261.16(f) | Failing to remove all camping equipment or personal property when vacating the area or site. | $50 |
| 261.16(g) | Placing, maintaining or using camping equipment except in a place specifically designated or provided for such equipment. | $50 |
| 261.16(h) | Without permission, failing to have at least one person occupy a camping area during the first night after camping equipment has been set up. | $50 |
| 261.16(i) | Leaving camping equipment unattended for more than 24 hours without permission. | $50 |
| 261.16(j) | Bringing in or possessing an animal, other than a seeing eye dog, unless it is crated, caged or upon a leash not longer than six feet, or otherwise under physical restrictive control. | $50 |
| 261.16(k) | Bringing in or possessing in a swimming area an animal, other than a seeing eye dog. | $50 |
| 261.16(l) | Bringing in or possessing a saddle, pack or draft animal, except as authorized by posted instructions. | $50 |
| 261.16(m) | Operating or parking a motor vehicle or trailer except in places developed or designated for this purpose. | $50 |
| 261.16(n) | Operating a bicycle, motorbike or motorcycle on a trail unless designated for this use. | $50 |
| 261.16(o) | Operating a motorbike, motorcycle or other motor vehicle for any purpose other than entering or leaving the site. | $50 |
| 261.16(p) | Depositing any body waste except into receptacles provided for that purpose. | $100 |

| ADMISSION, RECREATION USE AND SPECIAL RECREATION PERMIT FEES | | |
|---|---|---|
| 261.17 | Failing to pay any recreation fee is prohibited. Notwithstanding 18 USC 3571(e), the fine imposed for the first offense of nonpayment shall not exceed $100. | $50 |

| NATIONAL FOREST WILDERNESS | | |
|---|---|---|
| *The following are prohibited in a National Forest Wilderness:* | | |
| 261.18(a) | Possessing or using a motor vehicle, motorboat, or motorized equipment except as authorized by Federal law or regulation. | $200 |
| 261.18(b) | Possessing or using a hang glider or bicycle | $200 |
| 261.18(c) | Landing of aircraft, or dropping or picking up any material, supplies, or person by means of aircraft including a helicopter | $300 |

| BOUNDARY WATERS CANOE AREA WILDERNESS | | |
|---|---|---|
| *The following are prohibited in the Boundary Waters Canoe Area Wilderness:* | | |
| 261.19(a) | Possessing or transporting any motor or other mechanical device capable of propelling a watercraft through water by any means, except by permit or as specifically authorized by Federal law or regulation. | Not Applicable |
| 261.19(b) | Transporting, using, or mooring amphibious craft of any type of any watercraft designed for or used as floating living quarters. | Not Applicable |
| 261.19(c) | Using wheels, rollers, or other mechanical devices for the overland transportation of any watercraft, except by special-use authorization by Federal law or regulation. | Not Applicable |

| PACIFIC CREST NATIONAL SCENIC TRAIL | | |
|---|---|---|
| 261.20 | It is prohibited to use a motorized vehicle on the Pacific Crest National Scenic Trail without a special-use authorization. | Not Applicable |

| NATIONAL FOREST PRIMITIVE AREAS | | |
|---|---|---|
| *The following are prohibited in any area classified as a National Forest Primitive Area on September 3, 1964:* | | |
| 261.21(a) | Landing of aircraft or using a motorboat, unless such use had become well established before September 3, 1964. | Not Applicable |
| 261.21(b) | Possessing or using a motor or motorized equipment, except small battery powered, hand-held devices, such as cameras, shavers, flashlights, and Geiger-counters. | Not Applicable |

| UNAUTHORIZED USE OF "SMOKEY BEAR" AND WOODSEY OWL" SYMBOLS | | |
|---|---|---|
| 261.22(a) | Manufacture, importation, reproduction or use of "Smokey Bear" except as provided under 272.2, 272.3 or 272.4 is prohibited. | MA |
| 261.22(b) | Manufacture, importation, reproduction or use of "Woodsy Owl" except as provided under 272.2, 272.3 or 272.4 is prohibited. | MA |

| WILD FREE-ROAMING HORSES & BURROWS | | |
|---|---|---|
| *The following are prohibited:* | | |
| 261.23(a) | Removing or attempting to remove a wild free-roaming horse or burro from the National Forest System unless authorized by law or regulation. | Not Applicable |
| 261.23(b) | Causing or allowing the inhumane treatment or harassment of a free-roaming horse or burro. | Not Applicable |
| 261.23(c) | Removing or attempting to remove, alter or destroy any official mark used to identify a wild horse or burro or its remains unless authorized or permitted by law or regulation. | Not Applicable |

6

# United States Forest Service - Law Enforcement & Investigations
# Eastern Region - District of New Hampshire - Forfeiture Schedule

| | | |
|---|---|---|
| 261.23(d) | Violating any terms or conditions specified in a care and maintenance agreement or permit. | Not Applicable |

**SUBPART B – PROHIBITIONS PROVIDED BY VALID SUPERVISOR'S ORDER IN PLACE**
**Sec. 261.50 Order**

| | FIRE | |
|---|---|---|
| | *When provided by an order, the following are prohibited:* | |
| 261.52(a) | Building, maintaining, attending, or using a fire, campfire, or stove fire. | $150 |
| 261.52(b) | Using an explosive | $150 |
| 261.52(c) | Smoking | $100 |
| 261.52(d) | Smoking, except within an enclosed vehicle or building, at a recreation site, or while stopped in an area at least 3 feet in diameter that is barren or cleared of all flammable material | $100 |
| 261.52(e) | Entering or being in an area. | $100 |
| 261.52(f) | Entering an area without any firefighting tool prescribed by the order. | $100 |
| 261.52(g) | Operating an internal combustion engine. | $100 |
| 261.52(h) | Welding, or operating an acetlene or other torch with open flame. | $100 |

| | SPECIAL CLOSURES | |
|---|---|---|
| | *When provided by an order, it is prohibited to go into or be in any area which is closed or restricted for the protection of:* | |
| 261.53(a) | Threatened, endangered, rare unique or vanishing species of plants, animals, birds or fish. | $200 |
| 261.53(b) | Special biological communities | $200 |
| 261.53(c) | Objects or areas of historical, archaeological, geological, or paleontological interest. | $200 |
| 261.53(d) | Scientific experiments or investigations. | $200 |
| 261.53(e) | Public health or safety. | $200 |
| 261.53(f) | Property | $200 |
| 261.53(g) | The privacy of tribal activities for traditional and cultural purposes. Closure to protect the privacy of tribal activities for traditional and cultural purposes must be request by an Indian tribe; is subject to approval by the Forest Service; shall be temporary; and shall affect the smallest practicable area for the minimum period necessary for activities of the requesting Indian tribe. | $200 |

| | NATIONAL FOREST SYSTEM ROADS | |
|---|---|---|
| | *When provided by an order, the following are prohibited:* | |
| 261.54(a) | Using any type of motor vehicle prohibited by the order. | $200 |
| 261.54(b) | Use by any type of traffic prohibited by the order. | $200 |
| 261.54(c) | Using a road for commercial hauling without a permit or written authorization. | $250 |
| 261.54(d) | Operating a vehicle on forest development roads in violation of posted speed, load, weight, height, length and width limitations specified by the order | $100 |
| 261.54(e) | Being on the road | $100 |

| | FOREST DEVELOPMENT TRAILS | |
|---|---|---|
| | *When provided by an order issued in accordance with § 261.50 of this subpart, the following are prohibited on a National Forest System trail:* | |
| 261.55(a) | Being on the trail | $150 |
| 261.55(b) | Using any type of vehicle prohibited by the order. | $200 |
| 261.55(c) | Use by any type of traffic or mode or transportation prohibited by the order. | $200 |
| 261.55(d) | Operating a vehicle in violation of width, weight, height, or other limitations specified by the order. | $150 |
| 261.55(e) | Shortcutting a switchback trail | $100 |

| | USE OF VEHICLES OFF NATIONAL FOREST SYSTEM ROADS | |
|---|---|---|
| | *When provided by an order, it is prohibited to:* | |
| 261.56 | Possess or use a vehicle off National Forest System roads. | $200 |

# United States Forest Service - Law Enforcement & Investigations
# Eastern Region - District of New Hampshire - Forfeiture Schedule

| | NATIONAL FOREST WILDERNESS | |
|---|---|---|
| | *When provided by an order, the following are prohibited:* | |
| 261.57(a) | Entering or being in the area. | $100 |
| 261.57(b) | Possessing camping or pack outfitting equipment, as specified in the order. | $100 |
| 261.57(c) | Possessing a firearm or fireworks | $150 |
| 261.57(d) | Possessing any non-burnable food or beverage containers, including deposit bottles, except for non-burnable containers designed and intended for repeated use. | $100 |
| 261.57(e) | Grazing | $100 |
| 261.57(f) | Storing equipment, personal property or supplies. | $200 |
| 261.57(g) | Disposing of debris, garbage, or other waste. | $200 |
| 261.57(h) | Possessing or using a bicycle, wagon, cart, or other vehicle. | $100 |

| | OCCUPANCY AND USE | |
|---|---|---|
| | *When provided by an order, the following are prohibited:* | |
| 261.58(a) | Camping for a period longer than allowed by the order | $100 |
| 261.58(b) | Entering or using a recreation site or portion thereof. | $75 |
| 261.58(c) | Entering or remaining in a campground during night periods prescribed in the order except for persons who are occupying such campgrounds. | $75 |
| 261.58(d) | Occupying a recreation site with prohibited camping equipment prescribed by the order. | $50 |
| 261.58(e) | Camping | $100 |
| 261.58(f) | Using a campsite or other area described in the order by more than the number of users allowed by the order. | $100 |
| 261.58(g) | Parking or leaving a vehicle in violation of posted instructions.<br><br>Parking in handicapped space without proper authorization | $50<br><br>$250 |
| 261.58(h) | Parking or leaving a vehicle outside a parking space assigned to one's own camp unit. | $50 |
| 261.58(i) | Possessing, parking or leaving more than two vehicles, except motorcycles and bicycles, per camp unit. | $50 |
| 261.58(j) | Being publicly nude. | $100 |
| 261.58(k) | Entering or being in a body of water. | $100 |
| 261.58(l) | Being in the area after sundown or before sunrise. | $100 |
| 261.58(m) | Discharging a firearm, air rifle, or gas gun. | $200 |
| 261.58(n) | Possessing or operating a motorboat. | $200 |
| 261.58(o) | Water skiing | $50 |
| 261.58(p) | Storing or leaving a boat or raft. | $200 |
| 261.58(q) | Operating any watercraft in excess of posted speed limit. | $100 |
| 261.58(r) | Launching a boat except at the designated launching ramp. | $50 |
| 261.58(s) | Possessing, storing, or transporting any bird, fish or other animal or parts thereof, as specified in the order. | $200 |
| 261.58(t) | Possessing, storing or transporting any tree or plant as specified in the order. | $200 |
| 261.58(u) | Being in the area between 10:00 p.m. and 6 a.m., except for a person who is camping or who is visiting a person in that area. | $100 |
| 261.58(v) | Hunting or fishing | $200 |
| 261.58(w) | Possessing or transporting any motor or mechanical device capable of propelling a watercraft through water by any means. | $200 |
| 261.58(x) | Using any wheel, roller or other mechanical device for the overland transportation of any watercraft. | $100 |
| 261.58(y) | Landing of aircraft, or dropping or picking up of any material, supplies, or person by means of an aircraft, including a helicopter<br><br>Landing unmanned aircraft or drone | $300<br><br>$150 |
| 261.58(z) | Entering or being on lands or water within the boundaries of a component of the National Wild and Scenic Rivers System. | $100 |
| 261.58(aa) | Riding, hitching, tethering or hobbling a horse or other saddle or pack animal in violation of posted instructions. | $50 |
| 261.58(bb) | Possessing an alcoholic beverage. | $200 |
| 261.58(cc) | Possessing or storing any food or refuse, as specified in the order<br><br>When active bear alert is posted | $100<br><br>$250 |
| 261.58(dd) | Reserved | |
| 261.58(ee) | Depositing any body waste in caves except into receptacles provided for that purpose. | $200 |

# United States Forest Service – Law Enforcement & Investigations
# Eastern Region – District of New Hampshire – Forfeiture Schedule

| Appendix A | |
|---|---|
| Driver's license expired | $100 |
| Driver's license expired more than 12 months or subsequent expired license offense | $300 |
| Operating motor vehicle with suspended or revoked license | $250 |
| Second and subsequent offenses for operating motor vehicle with suspended or revoked license | $500 |

| Appendix B | |
|---|---|
| All other state motor vehicle offenses not listed in Appendix B | $100 |
| Misuse, loaning, and/or failure to display plates | $150 |
| Open alcohol container | $150 |
| Open alcohol container 2nd or additional offenses | MA |
| Failure to report accident or leaving the scene of an accident | MA |
| Equipment violations | $50 |
| Uninspected vehicle | $50 |
| Failure to use required turn signal | $50 |
| Speeding over posted limit: 1-20 mph over | $100 |
| Speeding over posted limit: 20-25 mph over | $200 |
| Speeding over posted limit: Over 25 mph | $350 |
| Speeding over posted limit: 1-25 mph over in construction zone | $300 |
| Speeding over posted limit: Over 25 mph in construction zone | $400 |

Ex. 2, USDC DNH Order